UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM CURRY, JR.,

            Plaintiff,

   v.

BRIAN JUDD, et al.,

           Defendants.

Case No. C25-5793-LK-SKV

REPORT AND RECOMMENDATION

Plaintiff, who is confined at the Special Corrections Center and proceeding pro se, submitted a proposed civil rights complaint. Dkt. 1. However, Plaintiff failed to pay the filing fee or submit an application to proceed *in forma pauperis* (IFP). In a letter dated September 11, 2025, the Court directed Plaintiff to either pay the filing fee or submit an IFP application. Dkt. 3. The letter noted that if Plaintiff did not respond by correcting the deficiency in filing by October 14, 2025, this action may be subject to dismissal.

To date, the Court has not received the filing fee, an IFP application, or any response to its letter. Accordingly, the Court recommends this action be DISMISSED. Dismissal should be without prejudice to Plaintiff filing a new complaint, accompanied by either the filing fee or a motion to proceed IFP.

REPORT AND RECOMMENDATION - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed.  Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 18, 2025**.

Dated this 28th day of October, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2