1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

| | |
|---|---|
| WILLIAM CURRY, JR.,<br><br>              Petitioner,<br>  v.<br><br>BRIAN JUDD et al.,<br><br>              Respondents. | CASE NO. 3:25-cv-05793-LK-SKV<br><br>ORDER DECLINING TO ADOPT<br>REPORT AND RECOMMENDATION<br>AS MOOT |

16

17

18

19

     This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge S. Kate Vaughan. Dkt. No. 10. Judge Vaughan recommends that the Court dismiss this matter without prejudice because Respondent William Curry, Jr. has neither paid the filing fee nor filed a motion to proceed *in forma pauperis*. *Id.* at 1.

20

21

22

     After Judge Vaughan issued her R&R, Mr. Curry paid the filing fee. *See* November 10, 2025 docket entry. Accordingly, the Court declines to adopt Judge Vaughan's R&R, Dkt. No. 10, as moot.

23

//

24

//

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT - 1

The Clerk is directed to send a copy of this Order to Mr. Curry at his last known address.

Dated this 13th day of November, 2025.

Lauren King
United States District Judge