UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM CURRY, JR.,

Plaintiff,

v.

BRIAN JUDD et al.,

Defendants.

CASE NO. 3:25-cv-05793-LK-SKV

ORDER DECLINING TO ADOPT
REPORT AND
RECOMMENDATION AS MOOT

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge S. Kate Vaughan. Dkt. No. 19. Judge Vaughan recommends that the Court dismiss William Curry, Jr.'s claims for declaratory and injunctive relief and his claims for monetary damages against Defendants Cheryl Strange and Keith Devos without prejudice. *Id.* at 12–13.

Judge Vaughan also issued an order declining service and granting Mr. Curry leave to amend his complaint. Dkt. No. 18. Mr. Curry subsequently filed an amended complaint, Dkt. No. 20, and Defendants—including Ms. Strange and Mr. Devos—filed a motion to dismiss that pleading, Dkt. No. 21. Because Mr. Curry's amended complaint is not "substantially identical to

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT - 1

the original complaint," it mooted Defendants' prior motion to dismiss and the R&R on that motion. *See Oliver v. Alcoa, Inc.*, No. C16-0741JLR, 2016 WL 4734310, at *2 n.3 (W.D. Wash. Sept. 12, 2016). Accordingly, the Court declines to adopt Judge Vaughan's R&R, Dkt. No. 19, as moot.

The Clerk is directed to send a copy of this Order to Mr. Curry at his last known address.

Dated this 11th day of March, 2026.

Lauren King
United States District Judge

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT - 2